UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

**FILED
IN COURT
ASHEVILLE, N.C.**

OCT 1 7 2014

**U.S. DISTRICT COURT
W. DIST. OF N.C.**



| | | |
|---|---|---|
| In the matter of the search of: | ) | DOCKET NO. 1:14mj60 |
| | ) | |
| 4648 Oakwood Drive, Conover, North | ) | ORDER TO UNSEAL |
| Carolina 28613 and all vehicles, | ) | |
| Outbuildings and appurtenances | ) | |

THIS MATTER is before the Court on motion of the Government to unseal the file in the captioned criminal matter.

For good cause shown.

IT IS, THEREFORE, ORDERED that the Government's motion is ALLOWED and the entire file in this criminal action is hereby UNSEALED.

This the 17th day of October, 2014.

_____
DENNIS L. HOWELL
UNITED STATES MAGISTRATE JUDGE